## United States District Court
### Violation Notice

**CVB Location Code:** CA76

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| P 0622786 | A. Winslow | 1594 |

P 0622786

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 4/27/08  1725 | 36 CFR 4.2  CVC 14601.1(a) |

**Place of Offense:** River Straight

**Offense Description:** Drivers License Suspended

### DEFENDANT INFORMATION
Phone: (

| Last Name | First Name | M.I. |
|---|---|---|
| SERRANO, JR | JUAN | — |

**Street Address:**

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| MADERA | CA | 93637 | |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| D5823580 | CA | |

☒ Adult  ☐ Juvenile    Sex ☒ Male ☐ Female    Hair: BRN    Eyes: BRN    Height: 6-03    Weight: 210

### VEHICLE DESCRIPTION
VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 5NKJ046 | CA | 98 | Honda Civic | GRAY |

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

ARREST
08-0959

$ _____ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy        NPS 10-50 (Rev. 7-05)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 27, 2008 while exercising my duties as a law enforcement officer in the Eastern District of California.

At approximately 1725 hours, I was on patrol in marked patrol unit within the boundaries of Yosemite National Park. I observed a gray Honda Civic (CA/5NKJ046) traveling east bound on River Straight, the wrong way on a one way road, with traffic flowing in a west bound direction. I activated my lights and conducted a traffic stop on the vehicle at the pull-out on River Straight adjacent to the Ahwahnee meadow. I contacted the driver of the vehicle and identified him as JUAN SERRANO, JR by his name and DOB. When I ran SERRANO through our local dispatch, his drivers license came back suspended, with no service needed. When asked about his driver's license, SERRANO stated he knew his driver's license was suspended. SERRANO was issued a violation notice for driving while suspended for other than reckless and DUI.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/27/2008    _____ (Officer's Signature)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

# United States District Court
## Violation Notice

**CVB Location Code:** CA76

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| P 0622785 | A. WINSLOW | 1594 |

**P 0622785**

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 4/27/08  1725 | 36 CFR 4.2 CVC 16028 |

**Place of Offense:** RIVER STRAIGHT

**Offense Description:** NO PROOF of INSURANCE (Financial Responsibility)

### DEFENDANT INFORMATION
Phone: (

| Last Name | First Name | M.I. |
|---|---|---|
| SERRANO, JR | JUAN | |

**Street Address:**

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| MADERA | CA | 93637 | |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| D5823580 | CA | |

☒ Adult ☐ Juvenile  Sex ☒ Male ☐ Female  Hair: BRN  Eyes: BRN  Height: 6-03  Weight: 210

### VEHICLE DESCRIPTION  VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 5NKJ046 | CA | 98 | Honda Civic | GRAY |

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

ARREST
08-0959

$ _____ Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy        NPS 10-50 (Rev. 7-05)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 27, 20 08 while exercising my duties as a law enforcement officer in the EASTERN District of CALIFORNIA.

~~At approximately 1725 hours, I was on patrol in marked~~ ~~patrol unit within the boundaries of Yosemite National~~ ~~Park. I observed a gray Honda Civic (CA/5NKJ046)~~ traveling east bound on River Straight, the wrong way on a one way road, with traffic flowing in a west bound direction. ~~I activated my lights and conducted a traffic~~ ~~stop on the vehicle at the pull-out on River Straight~~ ~~adjacent to the Ahwahnee meadow. I contacted the driver~~ of the vehicle and identified him as JUAN SERRANO, JR by his name and DOB out of Madera, California. At time of traffic stop, SERRANO was unable to show proof of financial responsibility on his vehicle.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/27/2008    A. Winslow
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

# United States District Court
## Violation Notice

**CVB Location Code:** CA76

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| P 0622784 | A. Winslow | 1594 |

P 0622784

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 4/27/08  1725 | 36 CFR 4.12 |

**Place of Offense:** RIVER STRAIGHT

**Offense Description:** FAILURE TO COMPLY W/ TRAFFIC CONTROL DEVICE (moving)

### DEFENDANT INFORMATION
Phone: (

| Last Name | First Name | M.I. |
|---|---|---|
| SERRANO, JR. | JUAN | — |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| MADERA | CA | 93637 | |

ID

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| D5823580 | CA | |

☒ Adult ☐ Juvenile    Sex ☒ Male ☐ Female    Hair: BRN    Eyes: BRN    Height: 6-03    Weight: 210

### VEHICLE DESCRIPTION   VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 5NKJ046 | CA | 98 | Honda Civic | GRAY |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

ARREST
08-0959

$ _____ Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy    NPS 10-50 (Rev. 7-05)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 27, 2008 while exercising my duties as a law enforcement officer in the District of California.

At approximately 1725 hours, I was on patrol in marked patrol unit within the boundaries of Yosemite National Park. I observed a gray Honda Civic (CA/5NKJ046) traveling east bound on River Straight, the wrong way on a one way road, with traffic flowing in a west bound direction. I activated my lights and conducted a traffic stop on the vehicle at the pull-out on River Straight adjacent to the Ahwahnee meadow. I contacted the driver of the vehicle and identified him as JUAN SERRANO, JR by his name and DOB. I informed SERRANO that he passed two, DO NOT ENTER SIGNS and that he was traveling the wrong direction on a one way road. I issued SERRANO one violation notice for failure to comply with a traffic control device (moving).

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/27/2008    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge