## CHANGE of PLEA AGREEMENT

UNITED STATES OF AMERICA                               Docket No. 6:08-mj-0062WMW

v.

Juan Serrano Jr.

This agreement is entered into this _18th_ day of _September_, 2008, by and between the United States of America through its lawful representative, the Defendant and counsel for the Defendant. The terms of this Written Plea Agreement are as follows:

In exchange for the Defendant's plea of guilty to:

Count _1_ a violation of _36 CFR § 36 CFR 4.2/CVC 14601.1(a) Driving on a suspended license._

Count _2_ a violation of _36 CFR § 36 CFR 4.2/CVC 16028 No proof of insurance upon request_.

Count ___ a violation of _____.

Count ___ a violation of _____.

Count ___ a violation of _____.

___ Defendant admits a Violation of Probation in Case No. _____

### RECOMMENDATIONS by GOVERNMENT

The United States will move to dismiss:
Count _3_ a violation of _36 CFR § 4.1 Failure to comply with a traffic control device_.

Count ___ a violation of _____.

Count ___ a violation of _____.

Count ___ a violation of _____.

The United States recommends a Deferred Entry of Judgment in the following:

Count ___ a violation of _____ for a period of ___ months.

### PROBATION

_X_ The Defendant shall be placed on Unsupervised Probation for a period of _6_ months under standard terms.

___ The Defendant shall be placed on Supervised Probation for a period of ___ months under standard terms to include drug testing and warrantless search.

1

___ Probation shall become unsupervised upon completion of custody time, all special conditions, community service and payment of financial obligations, set forth by this court.

___ The case is referred to the United States Probation Department for a Presentence Report and Investigation.

_X_ The Defendant will obey all laws; local, state and federal.

___ The Defendant shall report to the Law Enforcement Officer for post arraignment booking and processing.

## CUSTODY

___ The Defendant is sentenced to ____ day(s) in custody of the United States Bureau of Prisons, with credit for ____ day(s) time served disposition.

___ The Defendant shall self-surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on ____.

___ The Government will not oppose the Defendant serving the time on weekends.

___ The Defendant shall be remanded to the custody of the United States Marshal.

## FINE PAYMENT

The Defendant shall pay a fine as follows:

Count _1_ a fine of $_0.00_ plus a $_10.00_ Statutory Assessment, a total of $_10.00_.

Count _2_ a fine of $_0.00_ plus a $_10.00_ Statutory Assessment, a total of $_10.00_.

Count ___ a fine of $____ plus a $____ Statutory Assessment, plus a $25.00 processing fee, a total of $____.

Count ___ a fine of $____ plus a $____ Statutory Assessment, plus a $25.00 processing fee, a total of $____.

Count ___ a fine of $____ plus a $____ Statutory Assessment, plus a $25.00 processing fee, a total of $____.

___ Pay fine in full by ____.

___ Pay fine in the amount of $____ per month beginning ____,

## SPECIAL CONDITIONS

\_\_\_ The Defendant shall abstain from the use or possession of alcohol in Yosemite National Park.

\_\_\_ The Defendant shall abstain from the use or possession of controlled substances in Yosemite National Park.

\_\_\_ Attend and complete \_\_\_\_\_.

\_\_\_ Show proof of \_\_\_\_\_ and if no proof, return to court on \_\_\_\_\_ at \_\_\_\_\_ a.m.

\_\_\_ Forfeit the following property to the United States: \_\_\_\_\_.

\_\_\_ The Defendant shall not drive a vehicle unless the vehicle is properly insured and registered.

\_\_\_ The Defendant shall not drive a vehicle without a valid driver's license.

\_\_\_ The Defendant shall not drive a vehicle with any detectable amount of alcohol in system.

\_\_\_ The Defendant shall not refuse or fail to complete a chemical test to determine blood alcohol content.

\_\_\_ Other provision(s) as follows: \_\_\_\_\_

## COMMUNITY SERVICE

_X_ The Defendant shall perform _80_ hours of Community Service on or before _January 6, 2009_, (without receiving compensation) at a **non-profit organization** with written proof of completion (by the non-profit organization) to be submitted to the court on or before _January 13, 2009_.

\_\_\_ If the Defendant does not submit proof of completion, the Defendant will appear in this court for a proof of compliance conference on \_\_\_\_\_, at \_\_\_\_\_ a.m..

\_\_\_ Other provision(s) as follows: \_\_\_\_\_

## RESTITUTION

\_\_\_ Make restitution in the amount of $\_\_\_\_\_ to \_\_\_\_\_.

\_\_\_ Pay restitution in full by \_\_\_\_\_.

\_\_\_ Pay restitution in the amount of $\_\_\_\_\_ per month beginning \_\_\_\_\_ and continuing on the \_\_\_\_\_ day of each month thereafter until paid in full.

___ Restitution payments are to be made by cashiers check or money order, made payable to the above listed party and payments are to be sent to:

Clerk of Court
501 I St. #4200
Sacramento, CA. 95814

16 U.S.C. 19jj: The Park System Resource Protection Act authorizes the National Park Service to recover damages to park resources and expend the recovered amounts to implement actions provided for under 16 U.S.C. 19jj §3 without further congressional approval.

### BAIL

___ Bail in the amount of $_____ shall be forfeited and applied to payment of the fine, any remaining bail shall be exonerated and returned to the Defendant.

_X_ Bail in the amount of $386.00 shall be exonerated and returned to the surety.

___ Bail in the amount of $_____ shall be exonerated and returned to the Defendant.

### STATEMENT of PROBABLE CAUSE

_X_ The Defendant will stipulate to the probable cause statement which is included in the charging documents.

_X_ The Defendant admits that he is guilty of the essential elements of the offense(s) to which he is pleading guilty and that those acts did in fact occur.

### ACKNOWLEDGMENTS and WAIVER of RIGHTS by DEFENDANT
(Please read and initial each highlighted blank)

_JS_ The Defendant has read the charges against the defendant and fully understands the nature and elements of the crime(s) to which the defendant is pleading guilty, together with the possible defenses thereto.

_JS_ Defendant agrees that this plea agreement shall be filed with the court and become a part of the record of the case.

4

_JS_ The Defendant acknowledges that this plea of guilty is freely and voluntarily made and not the result of force or threats or of promises apart from those set forth in this plea agreement.

_JS_ There have been no representations or promises from anyone as to what sentence this Court will impose.

_JS_ Defendant understands and agrees that the defendant will not be allowed to withdraw this plea should the Court fail to follow the government's sentencing recommendations.

_JS_ Defendant knowingly and voluntarily waives their Constitutional and statutory rights to appeal this plea, conviction and sentence. This waiver of appeal includes, but is not limited to, an express waiver of Defendant's right to appeal this plea, conviction and sentence on any ground, including any appeal right conferred by 18 U.S.C. § 3742, and Defendant further agrees not to contest this plea, conviction and sentence in any post-conviction proceeding, including but not limited to a proceeding under 28 U.S.C. § 2255.

_JS_ Defendant understands that by pleading guilty the defendant surrenders certain rights, including the following:
(a) If Defendant persisted in a plea of not guilty to the charges against the defendant, the defendant would have the right to a public and speedy trial. The trial would be a trial by a judge sitting without a jury. Defendant does not have a right to a trial by jury.
(b) At trial, the judge would find the facts, would presume that the Defendant is innocent of the charges and, after hearing all the evidence, must be persuaded of the Defendant's guilt beyond a reasonable doubt.
(c) At a trial, the government would be required to present its witnesses and other evidence against Defendant. Defendant would be able to confront those government witnesses and his attorney would be able to cross-examine them. In turn, Defendant could present witnesses and other evidence on the defendant's own behalf. If the witnesses for Defendant would not appear

voluntarily, the defendant could require their attendance through the subpoena power of the Court.

(d) At a trial, Defendant would have a privilege against self-incrimination so that the defendant could decline to testify, and no inference of guilt could be drawn from this refusal to testify. Defendant understand that by pleading guilty, the defendant is waiving all of the rights set forth above and understands the consequences of this waiver of those rights.

The Defendant agrees to waive all rights under the "Hyde Amendment," Section 617, P.L. 105-119 (Nov. 26, 1997), to recover attorneys' fees or other litigation expenses in connection with the investigation and prosecution of all charges in the above-captioned matter and of any related allegations (including without limitation any charges to be dismissed pursuant to this Agreement and any charge previously dismissed).

Pursuant to F.R. Crim. P. 43(b)(2) and (3), the Defendant hereby waives their right to be personally present in open court, upon the entering of his plea and sentencing.

The Defendant hereby advises the court that the defendant has read the foregoing Written Plea Agreement and fully understands the contents of this Agreement. Defendant has had adequate opportunity to discuss the foregoing Written Plea Agreement with counsel and desires to enter into said agreement.

Signed: _____ Dated: 9/16/08
         Defendant

Signed: _____ Dated: 9-18-08
         Defendant's ~~Parent~~ ATTORNEY

Signed: _____ Dated: 9/18/08
         Counsel for Government

6